# United States Court of Appeals
## For the First Circuit

No. 05-1534

ANTONIO APONTE-TORRES ET AL.,

Plaintiffs, Appellants,

v.

UNIVERSITY OF PUERTO RICO ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on April 14, 2006 is corrected as follows:

Starting at page 15, line 21, and going through page 16, line 12, delete the following text:

> notice of appeal refers only to the district court's order of dismissal, entered February 14, 2005.  It makes no mention of the separate order staying discovery, entered December 1, 2004.
>     That is game, set, and match.  By rule, a notice of appeal must specify the particular order to which the appeal is addressed.  <u>See</u> Fed. R. App. P. 3(c)(1)(B) (mandating that a notice of appeal "designate the judgment, order, or part thereof being appealed"). Failure to identify a given order undermines an appellant's ability to dispute that order in the court of appeals.  <u>See</u>, <u>e.g.</u>, <u>Shelby</u> v. <u>Superformance Int'l, Inc.</u>, 435 F.3d 42, 45 (1st Cir. 2006); <u>Kotler</u> v. <u>Am. Tobacco Co.</u>, 981 F.2d 7, 10-11 (1st Cir. 1992).  The plaintiffs offer no persuasive reason why the denominate-or-waive rule should not be enforced in this instance.
>     We add, moreover, that even if this assignment of error were preserved, it would fail.  The plaintiffs'

The resulting sentence should begin "The plaintiffs' attack"